■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAHMEEKA JOSEPH, Appellant. [909 NYS2d 437]—

Judgment, Supreme Court, Bronx County (Ethan Greenberg, J.), rendered January 15, 2009, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him to a term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of the victim's conflicting statements. The victim's testimony that defendant took part in the robbery was corroborated by the testimony of two officers who came upon the robbery while it was in progress, and the inconsistencies in their testimony that defendant relies on were insignificant. Concur—Gonzalez, P.J., Andrias, Nardelli, McGuire and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERCEDES OVALLES, Appellant. [908 NYS2d 588]—Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered October 11, 2007, convicting defendant, after a nonjury trial, of attempted assault in the third degree and sentencing her to a term of 30 days of intermittent imprisonment, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a conditional discharge, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Gonzalez, P.J., Andrias, Nardelli, McGuire and Abdus-Salaam, JJ.